IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VERNON SMITH,

    Petitioner,

v.                                                         Case No. 1:24-cv-165-AW-MJF

RICKY D. DIXON,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Vernon Smith was convicted of lewd or lascivious molestation and battery and sentenced to 30 years' imprisonment. He initiated this § 2254 case to challenge his conviction and sentence. He presents four grounds, all based on ineffective assistance of counsel. ECF No. 1. The state filed a response, ECF No. 19, and in a comprehensive report and recommendation, the magistrate judge concluded Smith is not entitled to relief. ECF No. 21. Smith has not filed any objection to the report and recommendation.

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "The § 2254 petition is denied." A certificate of appealability is denied. The clerk will close the file.

1

SO ORDERED on October 14, 2025.

                                                          s/ *Allen Winsor*
                                                          Chief United States District Judge